Craig P. Goetz
1920 E Bell Rd., Unit 1001
Phoenix, AZ 85022
(602)531-2475

*Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Craig P. Goetz,
                Plaintiff

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC.;
ARIKA B. HOVER, Esq.;
DAVID B. LEVIN, Esq.;

                Defendants

**Civil Case No.: 2:15-cv-00759-DGC**

**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS**

### NOTICE OF VOLUNTARY DISMISSAL AS TO ALL OF THE ABOVE NAMED DEFENDANTS

COMES NOW Craig P. Goetz, Plaintiff herein, to give this honorable Court NOTICE that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) that Plaintiff hereby dismisses this case against ALL of the above named Defendants. Plaintiff reached an amicable settlement agreement with all of the above named Defendants on June 10, 2015 for which reason Plaintiff hereby requests that an Order of Dismissal WITH PREJUDICE be entered in the above case pending before this honorable Court, with each party to bear their own costs and attorneys' fees.



Dated: June 12, 2015

Respectfully submitted,

Craig P. Goetz